UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DELOICE GILLION**                        **PLAINTIFF**

v.                  No. 3:19-cv-234-DPM

**ROBERT L. HAMRICK;
CELADON TRUCKING
SERVICES, INC.; and
ANNIE ROSS**                        **DEFENDANTS**

### ORDER

The Court is reviewing Gillion's motion for a default judgment against Annie Ross in this removed case. A jurisdictional issue has emerged that the Court should have seen sooner. Ross was added in an unopposed amendment a few months ago. *Doc. 21 & 23*. She is an Arkansas citizen. *Doc. 23 at ¶ 4*. Her presence destroys complete diversity. If she stays in, the Court must remand the case. *Bailey v. Bayer CropScience L.P.*, 563 F.3d 302, 309 (8th Cir. 2009). In the circumstances presented, the Court will reconsider the amendment/remand issue. The parties must file simultaneous briefs on this issue on 14 April 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 April 2021