UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DELOICE GILLION                                                                                      PLAINTIFF

v.                                        No. 3:19-cv-234-DPM

ROBERT L. HAMRICK;
CELADON TRUCKING
SERVICES, INC.; and
ANNIE ROSS                                                                                         DEFENDANTS

## ORDER

The Court appreciates Gillion's brief on the amendment/remand issue, *Doc. 31*. Defendants have not weighed in. The Court takes their silence as recognition that joinder of Ross is proper in the circumstances and that remand is required. Because of the jurisdictional cloud over this Court's summons to her, the motion for default judgment against Ross, *Doc. 26*, is denied. She must be served again with process from the state court. After reconsideration, the Court permits the joinder of Annie Ross as a defendant. FED. R. CIV. P. 20(a)(2); *Bailey v. Bayer CropScience L.P.*, 563 F.3d 302, 309 (8th Cir. 2009). Gillion's amended complaint is deemed filed as of today. Ross's presence destroys complete diversity and thus eliminates this Court's subject matter jurisdiction. This case is therefore remanded to the Circuit Court of Crittenden County, Arkansas. 28 U.S.C. § 1447(e).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 April 2021